UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ANDEAN MEDJEDOVIC,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

**LIMITED UNSEALING ORDER**

No. 24-CR-529 (NGG) (VMS)

      Upon consideration of the motion filed by the United States of America, by Assistant United States Attorneys Nick M. Axelrod and Andrew D. Reich, for an Order to unseal the indictment and arrest warrant in the above-captioned case for the limited purpose of disclosing the existence of, or disseminating, the indictment and/or arrest warrant to relevant United States, foreign, or intergovernmental authorities, at the discretion of the United States and in connection with efforts to prosecute the defendant or to secure the defendant's arrest, extradition or expulsion;

      IT IS HEREBY ORDERED that the indictment and arrest warrant in the above-captioned case shall remain under seal with the exception that they are unsealed for the limited purpose of permitting the government to disclose the existence of, or disseminate, the indictment and/or arrest warrant to relevant United States, foreign, or intergovernmental authorities, at the discretion of the United States and in connection with efforts to secure the defendant's arrest and extradition; and

IT IS FURTHER ORDERED that the Clerk of Court shall provide certified copies of the indictment and arrest warrant to attorneys for the government at their request.

Dated:  Brooklyn, New York
        January 17, 2025

s/Vera M. Scanlon
_____
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK