ADR
F. #2023R00907

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - against -

ANDEAN MEDJEDOVIC,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

**LIMITED UNSEALING
APPLICATION**

No. 24-CR-529 (NGG) (VMS)

        The government respectfully moves for an order unsealing the indictment and arrest warrant in this case for the limited purpose of disclosing the existence of, or disseminating, the indictment and arrest warrant to relevant United States, foreign, or intergovernmental authorities, at the discretion of the United States and in connection with efforts to secure the defendant's arrest and extradition.  As part of those efforts the government will need to obtain certified copies of the sealed indictment and sealed arrest warrant from the Clerk of Court to disseminate to foreign authorities.

The above-named defendant is believed to be at large in Bosnia.  Accordingly, there is good cause to maintain these documents under seal and to unseal them only for the limited purpose of securing his arrest and extradition.

Dated:   Brooklyn, New York
         January 17, 2025

<div style="margin-left: 40%">

CAROLYN POKORNY
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By:   /s/ Andrew D. Reich
      Nick. M. Axelrod
      Andrew D. Reich
      Assistant U.S. Attorneys
      (718) 254-7000

</div>