

U.S. Department of Justice

United States Attorney
Eastern District of New York

ADR
F. #2023R00907

271 Cadman Plaza East
Brooklyn, New York 11201

February 3, 2025

By E-mail

The Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Andean Medjedovic
                 Criminal Docket No. 24-529 (NGG)

Dear Judge Pollak:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

                                  Respectfully submitted,

                                    JOHN J. DURHAM
                                    United States Attorney

                        By:        /s/
                                    Andrew D. Reich
                                    Assistant U.S. Attorney
                                    (718) 254-6452

Enclosure

cc:     Clerk of Court (by ECF)